# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ORTIZ,<br><br>                            Petitioner,<br>v.<br>RAYMOND MADDEN, Warden,<br><br>                           Respondent. | Case No.: 18cv1058 LAB (MDD)<br><br>**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis which reflects a $88.88 balance in his prison trust account. The filing fee associated with this type of action is $5.00. *See* 28 U.S.C. § 1914(a). It appears Petitioner can pay the filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice and with leave to amend. If Petitioner wishes to proceed with this case, he must, **no later than <u>August 7, 2018</u>**, pay the $5.00 filing fee or submit adequate proof of his inability to pay the fee.

      **IT IS SO ORDERED.**

DATED: June 12, 2018

                                                      Larry Alan Burns
                                                      United States District Judge